UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:26-cv-00745-CV (PDx) | Date | February 24, 2026 |
|---|---|---|---|
| Title | *Clifton Kerr v. Los Angeles Federal Credit Union, et al.* | | |

Present: The Honorable    Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER [23]**

On January 23, 2026, Plaintiff Clifton Kerr filed a "Judicial Temporary Restraining Order." Doc. # 4. On February 17, 2026, the Court issued an Order denying the Request for a Temporary Restraining Order. Doc. # 22. On February 20, 2026, Plaintiff filed the same "Judicial Temporary Restraining Order," the only difference being that he hand-wrote the word "Emergency" in front of the request. Doc. # 23.

Although all three Defendants have now appeared in this action, mooting the service issues identified by the Court, Plaintiff has not cured the remaining deficiencies with his request for preliminary injunctive relief identified in the Court's February 17, 2026 Order. Specifically, the request does not address Plaintiff's likelihood of success on the claims asserted in his Complaint. Doc. # 22 at 2–4.

Therefore, because the relief sought by Plaintiff is outside the scope of his Complaint, and because the Request does not show that Plaintiff is likely to succeed on the merits of his claims, the Court DENIES the Request.

**IT IS SO ORDERED.**