JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:26-cv-00745-CV (PDx)** | Date | October 7, 2026 |
| Title | ***Clifton Kerr v. Los Angeles Federal Credit Union, et al.*** | | |

Present: The Honorable Cynthia Valenzuela, United States District Judge

| | |
|---|---|
| Jessica Cortes | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DISMISSING THE ACTION FOR LACK OF PROSECUTION AND FAILURE TO COMPLY WITH A COURT ORDER [50]**

On August 24, 2026, the Court issued an Order granting Plaintiff until September 25, 2026, to file a First Amended Complaint ("FAC") after the court dismissed the original Complaint. Doc. # 50 ("Order"). The Order cautioned that failure to timely file the FAC shall result in this action being dismissed without prejudice for failure to prosecute. *Id.* (citing Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962)). Because Plaintiff has not filed his FAC or any further requests for an extension, the Court hereby DISMISSES the case without prejudice.

**IT IS SO ORDERED.**